## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SHAWN LIGGINS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:20-cv-00977-MTS |
| ) | |
| ASHLEY LEWIS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM AND ORDER OF DISMISSAL

This matter is before the Court on review of the file. On February 12, 2021, the Court entered a Case Management Order in this case that required each party to make initial disclosures by Monday, March 15, 2021. *See* Doc. [15]. On March 25, 2021, Defendant Dr. Fe Fuentes filed a Motion to Dismiss for Failure to Prosecute, Doc. [21], noting that Plaintiff failed to make his initial disclosures. Plaintiff failed to file a response to the Motion to Dismiss, and his time to do so expired weeks ago. *See* E.D. Mo. L.R. 4.01(B).

Additionally, the Clerk of the Court has noted in the Docket that the U.S. Post Office has returned as undeliverable and unable to forward the three latest filings the Clerk mailed to the Plaintiff. *See* Docs. [18]–[20]. The Local Rules require that self-represented parties "promptly notify the Clerk" and other parties of any change of address. E.D. Mo. L.R. 2.06(B). The rule also allows the Court, after thirty days but "without further notice," to dismiss an action without prejudice if a self-represented plaintiff fails to notify the Court of a change of address and any mail to the self-represented plaintiff is returned to the Court without a forwarding address. *Id.*

Plaintiff has failed to update his address for—at least—nearly three months now. He has not complied with the Court's Case Management Order,[1] and he has failed to respond to Defendant's Motion to Dismiss. Indeed, Plaintiff has filed nothing in this case in more than seven months. Though a self-represented litigant, Plaintiff is still required to abide by the Court's rules and directives. *See, e.g.*, *In re Harris*, 277 F. App'x 645 (8th Cir. 2008) (noting "even pro se litigants must comply with court rules and directives") (citing *Soliman v. Johanns*, 412 F.3d 920, 921–22 (8th Cir. 2005)).

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is **DISMISSED** without prejudice.

Dated this 13th day of May, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

---

[1] The Local Rules also allow the Court to sanction parties that fail to comply with the Case Management Order, including through "dismissal of the action." E.D. Mo. L.R. 2.06(B).